# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00194-CR

**The State of Texas, Appellant**

**v.**

**Reynaldo Lerma, Appellee**

---

### FROM THE 207TH DISTRICT COURT OF HAYS COUNTY
### NO. CR-15-0598, THE HONORABLE JACK H. ROBISON, JUDGE PRESIDING

---

## O R D E R

**PER CURIAM**

The mandate in this cause issued by this Court on November 16, 2021, is hereby withdrawn.

It is so ordered on December 17, 2021.

Before Justices Goodwin, Baker, and Smith

Do Not Publish